IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY J. ALTENEDER,<br><br>Defendant. | 9:20-po-05065-KLD<br><br>CVB Violation No.:<br>F5372001 – M2<br><br>ORDER GRANTING MOTION TO DISMISS VIOLATION |

The Government has moved the Court to dismiss the above violation issued to defendant Jeremy J. Alteneder.   Therefore,

IT IS HEREBY ORDERED that the above violation issued to Defendant Alteneder IS HEREBY DISMISSED with prejudice.

The Clerk is further directed to forward a copy of this Order to the United States Attorney's Office and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.   CVB is directed to enter NC as the disposition code in this matter.

DATED this 30th day of November, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge